UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL

UNITED STATES OF AMERICA

v.

No(s). 2409630

__Mathew S. Gomel__
Defendant

FILED
Jeffrey A. Apperson, Clerk

OCT 0 9 2009

U.S. DISTRICT CLERK
WEST'N DIST. KENTUCKY

5:09 MJ- 350 K

## MEMORANDUM OF PLEA AGREEMENT
## PURSUANT TO FED. R. CRIM. P. 11(c)(1)(B)

The above-named defendant is charged with the following offense(s):
1) Theft of Gov'T Property  2) _____  3) _____
4) _____  5) _____  6) _____

The maximum penalties, any mandatory minimum penalties, and SPA's for this/these offense(s) are as follows:
1) $100,000 fine / $25 S.A. / 1 yr. conf.  2) _____
3) _____  4) _____
5) _____  6) _____

In consideration for the defendant's plea(s) of guilty to offense numbers: 1

THE UNITED STATES, THROUGH COUNSEL, SHALL RECOMMEND TO THE COURT THE FOLLOWING SENTENCE(S):

| | 1) | 2) | 3) | 4) | 5) | 6) |
|---|---|---|---|---|---|---|
| Imprisonment: | — | | | | | |
| Fine: | $300 | | | | | |
| Special Assessment Fee: | $25 | | | | | |
| Processing Fee: | — | | | | | |
| Probation: | — | | | | | |
| Restitution: | — | | | | | |
| TOTAL: | $325 | | | | | |

Other: _____

COUNTS TO BE DISMISSED AT SENTENCING  —

The defendant acknowledges that he/she understands that the above is a sentencing recommendation made to the Court by the United States and that the Court is not bound to sentence the defendant in conformance with the recommendation. Further, the defendant understands that if the Court elects not to follow the recommendation for any reason, the defendant will not be allowed to withdraw his/her plea(s) of guilty. *Further, the defendant acknowledges that the plea(s) of guilty is/are voluntary and that he/she or the United States may elect to withdraw from this plea agreement at any time prior to the entering of the defendant's plea(s) of guilty.*

DATE: 9 Oct 09

_____
Defendant

_____
Counsel for United States

_____
Defense Counsel